FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 16 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEOK HWI CHA. ) | CIVIL ACTION FILE NO |
| ) | **1:16-CV-0485** |
| Plaintiff, ) | |
| Vs. ) | |
| ) | **COMPLAINT** |
| KANI HOUSE ) | **&** |
| JAPANESE RESTAURANT ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant, ) | |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, Seok Hwi Cha (hereinafter "Plaintiff, I"), hereby files this Complaint for Damages the above named defendant (hereinafter "Defendant, the Company, Kani House), as follows:

## INSTRUCTIONS

1.
The Plaintiff is an individual and resident of Lawrenceville of Georgia.

2.
The Plaintiff began work on February 24, 2015 at the Kani House Japanese restaurant at 3208 Buford Drive, Buford, GA. 30519.

3.

In the beginning, the Defendant offered to pay a monthly salary of $ 2,800 to the plaintiff (The defendant's the manager Mr. Brian had orally promised in May 2015 to the plaintiff to give a monthly salary of $ 3,200 from January 2016 year).

4.

After starting the day, plaintiff filed a tax return form to the company and the document form was W-4.

5.

However, the Defendant had paid the salary of the plaintiff in cash.

6.

The Defendant has paid to the plaintiff bimonthly and has paid his total monthly salary less than what he promised to the plaintiff every time. (Date of payment of the bimonthly salary was 20th and 5th of each month and pay range was $1,300 to $1,350, No tax deduction)

7.

On January 07, 2016, the Plaintiff requested that the Defendant file payroll tax return in full from January 2016.

8.

However, after about a week from the request to file payroll tax, The Plaintiff was fired from the company on January 16th, 2016. The Defendant did not give a proper reason for dismissal to the plaintiff on the day that the plaintiff was fired.

9.

The Dismissal of the plaintiff was notified orally by the defendant's the manager Mr. Brian 30 minutes before the closing hour without any proper and justifiable reasons.

10.

The Plaintiff had never received any notice (including Paper Warning and Oral Warning) from the company before the day that he was fired.

11.

On the same day around 10:30 pm, January 16, 2016, the defendant could not provide the reasons for dismissal to the plaintiff. Therefore, the Plaintiff immediately asked the defendant's manager, Mr.Brian, to give in writing the reasons of dismissal on the same day, but the manager, Mr. Brian, did not provide any written reasons.

12.

A few days later, the defendant, the manager Mr. Brian, has provided the reasons for dismissal to the plaintiff. (See Exhibit "A")

13.

Kani House is a Japanese Restaurant of 5 branches except for the head office, all of which are located around the Atlanta, Georgia area.

14.

Kani House has over two hundreds worker. Each branches of defendant's restaurant have approximately 45 employees working.

15.

More than 50% of workers don't have any legal work permit or green card. A portion of the illegal workers at Kani House are international students who are not permitted to work, and the rest of the illegal workers are illegal aliens.

16.

The Defendant pays their wages in cash. In the case of remaining legal workers at Kani House, the company pays 50% of the salary in cash without tax, and the other 50% is paid legally to be taxed; thus, the company only files for tax for the remaining 50% of the salary that is paid legally.

17.

Even the general manager, Mr. Brian Chai, receives 20% of his salary in cash without tax according the general manager Mr.Brian, by himself.

18.

There is not a single employee affiliated with Kani House who reports the Income Tax amount in full.

19.

The Defendant does not pay a fair wage to their employees.

20.

Most workers of Kani House receive a monthly salary.

21.

However, when The State announced a warning for inclement weather in February 2015 and forced Kani House restaurants to close, Kani House Company did not pay its employees for the hours closed and deducted pay from their salary.

22.

The Defendant has never paid its employees for overtime work.

23.

The Defendant did not perform the responsibilities and obligations of the employer by the Labor Law.

24.

The Defendant did not provide any education about its company's rules and regulations to the plaintiff and any employees from the beginning of employment.

25.

The Plaintiff sent a document by USPS mail and E-Mail to the Defendant on January 22 and 27, 2016; the document is "The Demand for Unpaid Wages and Waiting Time Penalties" and "Response in regards to The Document of Termination of Employment". (See Exhibit "A")

## THE CAUSE OF ACTION

1.

The Monthly Salary should not be altered in accordance with hours worked like hourly wage. On the other hand, if you calculate and deduct the salary like hourly wage, overtime should also be applied.

2.

The Defendant did not pay the plaintiff the full amount of his monthly salary, and The Defendant paid insufficient monthly salary in cash to the plaintiff. It was $2,600 to $2,700 per month, and No tax deduction.

3.

The Defendant did not pay overtime and holiday duty allowance to the plaintiff.

4.

The plaintiff was fired unjustly by the defendant on January 16, 2016. Thus, the conduct of the defendant is equivalent to unfair dismissal. (See Exhibit "A")

5.

The Defendant has not answered to the plaintiff regarding his demands.

## PRAYER FOR RELEIF

1.

The plaintiff wants the defendant's accumulated unpaid salary.

2.

The plaintiff wants compensation caused by the defendant's wrongful dismissal. That amount is $258,052.20 for the economic and non- economic damages and unpaid salary. However, this amount can vary according to the period of litigation.

3.

The plaintiff wants the punitive remedies against the unlawful acts of the defendant. That amount is $200,000.00. However, this amount is based on the judgment and discretion of The Honorable judge. The total amount of damages is $458,052.20.

## CONCLUSIONS

The plaintiff has made contact with the defendant several times, attempting to smoothly resolve this issue. However, the defendant did not wish to resolve amicably. The defendant has recommended a civil action to the plaintiff. For that reason, the plaintiff came to the Court. Wherefore, the plaintiff wants the fair judgment of The Honorable Judge regarding the amount of compensation that should be given. ***Thus, as of 2016, the***

*company has been practicing tax evasion and employing illegal workers for 17 years.* **In addition, The Honorable Judge should decide seriously punitive damages of the defendant's unlawful conduct.**

Respectfully Submitted,
Dated this 16th day of February 2016

*Plaintiff, SEØK HWI CHA, Pro Se*
*1108 Whisperwood Lane*
*Lawrenceville, GA. 30043-8342*
*Phone: 678-650-3880*
*Email: thisischa@hanmail.net*

# EXHIBIT "A"

- Termination of Employment

- Demand for Unpaid Wages and Waiting Time Penalties

- Response regarding to the Termination of Employment

- Meet and Confer



**KANI** HOUSE

3208 Buford Drive
Buford, GA 30519
(770) 271-5272
Fax (678) 546-5463
mallofga@kanihouse.com

**Jan. 17, 2016 (Written date)**

**Jan. 21, 2016 (Picked up date)**

**Private and confidential**

**RE: Seok Hwi Cha**

### Termination of Employment

Dear Mr. Cha

I am writing to you about the termination of your employment with YP'S Kani, INC DBA Kani House.

On Jan. 16, 2016, you met with me, Brian Chae (General Manager), and discussed matters regarding company rules, regulations, and communication with other employees.

The company has concluded that your performance and conduct are unsatisfactory. Your employment has been terminated for the following reasons:

- Failure of annual evaluation by section supervisor and managers
- Refusal to complete assigned tasks - preparing employee meals (see attachment page 8, #12) → *Not in detail*
- Using company's intranet message board for personal communications without permission (see attachment page 9, #18)
  *reported all happening*
- Disregard of chain of command, not reporting to section supervisor or managers; instead reporting directly to company head - mentioned and warned in official meetings, repeatedly (see attachment page 19) → *19 page 3 paragraph from*
  *No action, No Resolving of MGR. or Supervisor*

- Poor teamwork amongst co-workers; requesting termination of co-workers for personal reasons.
- Repeatedly using the threat of legal action to make personal demands.

Based on length of service, a notice period of 2 weeks (14 days; end of employment on Jan. 31, 2016) was presented to you during our face to face meeting on the 16th of January. However, **as per your request**, I have accepted your same-day (Jan. 16th) resignation.

You will be paid your accrued entitlements and outstanding remuneration, including superannuation, up to and including your last day of employment (Jan. 16th). Once company uniforms are returned, deposits made for said items will also be returned.

Best regards,

Brian Chae

General Manager

## Standards of Conduct

Consistent with our Mission and values, ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ be fully aware of the rules, which govern our conduct and behavior. In order to work together as a team and maintain an orderly, productive and positive working environment, everyone must conform to standards of reasonable conduct and policies of the Restaurant. AN EMPLOYEE INVOLVED IN ANY OF THE FOLLOWING CONDUCT MAY RESULT IN DISCIPLINARY ACTION UP TO AND INCLUDING IMMEDIATE TERMINATION WITHOUT A WRITTEN WARNING.

1. Invalid Work Authorization (I-9 form)

2. Supplying false or misleading information to the Restaurant, including information at the time of application for employment, leave of absence or sick pay.

3. Not showing up for a shift without notifying the Manager on duty. (No call, no show, no job)

4. Clocking another employee "in" or "out" on the Restaurant timekeeping system or having another employee clock you either "in" or "out."

5. Leaving your job before the scheduled time without the permission of the Manager on duty.

6. Arrest or conviction of a felony offense.

7. Use of foul or abusive language.

8. Disorderly or indecent conduct.

9. Gambling on Restaurant property.

10. Theft of customer, employee or Restaurant property including items found on Restaurant premises.

11. Theft, dishonesty or mishandling of Restaurant funds. Failure to follow cash, guest check or credit card processing procedures.

12. Refusal to follow instructions. [handwritten: ?]

[handwritten: what is the following instruction]

13. Engaging in harassment of any kind toward another employee or customer.

14. Failure to consistently perform job responsibilities in a satisfactory manner within the 30 day orientation period.

15. Use, distribution or possession of illegal drugs on Restaurant property or being under the influence of these substances when reporting to work or during work hours.

16. Waste or destruction of Restaurant property.

17. Actions or threats of violence or abusive language directed toward a customer or another staff member.

18. Using message board without manager's permission. ?

19. Habitual failure to punch in or out.

20. Disclosing confidential information including policies, procedures, recipes, manuals or any propriety information to anyone outside the Restaurant.

21. Rude or improper behavior with customers including the discussion of tips.

22. Smoking or eating in unapproved areas or during unauthorized breaks.

23. Not parking in employee designated parking area.

24. Not entering and exiting the restaurant through approved entrance.

25. Failure to comply with Restaurant's personal cleanliness and grooming standards.

26. Failure to comply with Restaurant's uniform and dress requirements.

27. Unauthorized operation, repair or attempt to repair machines, tools or equipment.

28. Failure to report safety hazards, equipment defects, accidents or injuries immediately to management.

### Telephone Courtesy

It is everyone's responsibility to answer the phone. Always answer the phone promptly, within two rings. Always answer in a friendly, polite manner: "Good (morning, afternoon, evening), Thank you for calling Kani House at ----, My name is ----, May I help you?

Respond to any questions that you are absolutely certain. If you are uncertain, ask the person if you may put them on hold for a moment and quickly refer the call to a manager. Always thank the person for calling. Always ask the caller for their name when they ask to speak to a manager or customer.

## Management / Employee Relations

Our managers are committed and trained to provide you with the tools and positive working environment for you to do your job to the best of your ability with minimal distractions. You will be treated with respect and dignity by all of our management personnel and we will try our best to recognize and reward your hard work and accomplishments.

We recognize there may be occasions for misunderstandings and problems to come up. We want to clear up these types of situations in a fair and timely manner and in order to do this we need your help in bringing them to our attention. We want you to know that "management is never too busy to be informed of work-related problems, complaints or disputes of any employee."

If you have such a problem, you should promptly talk to your *section supervisor first, then manager or GM*. They will listen in an open, objective and courteous manner. We want to understand and solve If the problem is not resolved to your satisfaction, you should take up the matter with the *owner, president.*   [handwritten: No Action / No Resolve by MGR.]

Every necessary action will be taken to resolve a problem or settle a dispute in a fair and equitable manner. As we said in the "Welcome Letter," we recognize our employees as our most valuable resource and we take all employee problems and complaints very seriously. No problem is too

January 22, 2016

Kani House
3208 Buford Drive,
Buford, GA. 30519
770-271-5272


RE: Demand for Unpaid Wages and Waiting Time Penalties


Dear Owner Mrs. Park & Manager Mr. Brian

    As you know, I have received and picked up my final wage and a document "Termination of Employment" by the assistant manager Mr. Gorden at Kani House on January 21, 2016. On the day that I was fired, I was still owed wages for the period from February 24, 2015 to January 16, 2016. According to the Federal and State Labor Code, you need pay all my unpaid wages, in full for the dates within 72 hours after this demand letter.

    Your failure to promptly pay my owed wages has exposed Kani House to liability issues for waiting time penalties. Specifically, Federal and State Labor Code gives employees the right to recover one day of wage for each and every day their final wages remain unpaid, up to a maximum of thirty (30) days.

    I am willing to resolve this matter informally. Please send a check regarding the right amounts to me at the following address:

Seok Hwi Cha
1108 Whisperwood Lane,
Lawrenceville, GA. 30043

    If I do not receive full payment of my wages and penalties within two weeks of the date of this letter, I will file a claim with the Georgia Labor Commissioner or in State Court seeking all the damages allowed by law (including waiting time penalties, interest, non-economics and punitive damages).

    If you have any questions about the contents of this letter, I can be contacted at (678) 650-3880 or thisischa@hanmail.net

Sincerely,

_____
Seok Hwi Cha, Your former employee

```
=====================================
          LAWRENCEVILLE NORTH
            1557 BUFORD DR
             LAWRENCEVILLE
                  GA
               300439998
              1249630269
01/22/2016    (800)275-8777   10:41 AM
=====================================
=====================================
Product              Sale       Final
Description          Qty        Price

First-Class           1         $0.49
Mail
Letter
    (Domestic)
    (BUFORD, GA  30519)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Monday 01/25/2016)
Certified             1         $3.45
    (USPS Certified Mail #)
    (70151730000131074972)

Total                           $3.94

Credit Card Remitd              $3.94
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXX1009)
    (Approval #:580363)
    (Transaction #:822)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BUFORD GA 30519 OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ $3.45 | 0269 04 |

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $ $0.00

Postmark Here 01/22/2016

Postage $ $0.49

Total Postage and Fees $ $3.94

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1730 0001 3107 4972

Delivered : 01/26/16

January 25, 2016

Kani House
3208 Buford Drive,
Buford, GA. 30519
770-271-5272


**RE: Response regarding to the document of Termination of Employment**


Dear Owner Mrs. Park & Manager Mr. Brian


      I have received and picked up your document of Termination of Employment on January 22, 2016 by the general manager Mr. Brian at Kani House located at 2308 Buford drive, Buford, GA. 30519. The document was composed five pages. The two pages are the document of Termination of Employment; other three pages are of Kani House's rules or regulations.

      *As you know, you did not perform the responsibilities and obligations of the employer according to the Federal and the State Labor Law. In addition, you ignored the dismissal procedures of employees. Reasons for dismissal which you have presented your arguments are just in your assertions and there is no objectivity.*

      *According to Federal and State Laws, one of the responsibilities and obligations of employers is to educate and to provide the company's rules and regulations for its employees. You did not provide any education about your company's rules and regulations to me from the beginning of employment until I was fired; I have never seen it before.*

      *In conclusion, all of the procedures you have done with your reasons for dismissal were invalid by the Law.*

      If you have any questions about the contents of this letter, I can be contacted at (678) 650-3880.


Sincerely,

*[signature]*

Your former employee,
Seok Hwi Cha
1108 Whisperwood Lane,
Lawrenceville, GA. 30043

```
==========================================
         LAWRENCEVILLE NORTH
            1557 BUFORD DR
            LAWRENCEVILLE
                 GA
              300439998
              1249630269
01/25/2016    (800)275-8777    1:08 PM
==========================================
==========================================
Product              Sale       Final
Description          Qty        Price
------------------------------------------
First-Class           1         $0.49
Mail
Letter
    (Domestic)
    (BUFORD, GA  30519)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Thursday 01/28/2016)
Certified             1         $3.45
    (USPS Certified Mail #)
    (70151730000131051348)
------------------------------------------
Total                           $3.94
------------------------------------------
Credit Card Remitd              $3.94
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX1009)
    (Approval #:535359)
    (Transaction #:693)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Order stamps at usps.com/shop or call
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
BUFORD GA 30518

| Certified Mail Fee | $3.45 | |
|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | JAN 25 2016 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.49 | |
| **Total Postage and Fees** | $3.94 | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1730 0001 3105 1348

## *"Meet and Confer"*

February 02, 2016

Kani House
3208 Buford Drive,
Buford, GA. 30519
770-271-5272

RE: INFORMATION FOR YOUR REPLY DEADLINE DATE

Dear Sir or Madam

   According to my calendar, your answer deadline is until . 02- 09,-2016. If you fail to answer you within the deadline, this issue will immediately be filed to the court.

Sincerely,

*[signature]*

Seok Hwi Cha, Former Employee
1108 Whisperwood Lane,
Lawrenceville, GA. 30043
Phone: 678-650-3880
thisischa@hanmail.net

```
=====================================
         LAWRENCEVILLE NORTH
            1557 BUFORD DR
            LAWRENCEVILLE
                 GA
               300439998
              1249630269
02/02/2016    (800)275-8777    5:39 PM
=====================================
=====================================
Product              Sale      Final
Description          Qty       Price
-------------------------------------
First-Class           1        $0.49
Mail
Letter
    (Domestic)
    (BUFORD, GA  30519)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Saturday 02/06/2016)
Certified             1        $3.45
    (USPS Certified Mail #)
    (70151730000146602061)
C1/100                1       $49.00
Spangled
    (Unit Price:$49.00)
-------------------------------------
Total                         $52.94

Credit Card Remitd            $52.94
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXX1009)
    (Approval #:590799)
    (Transaction #:279)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
BRIGHTEN SOMEONE'S MAILBOX. Greeting
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

BUFORD, GA 30519

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0269 |
| $ $0.00 | 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)       $ $0.00 | |
| ☐ Return Receipt (electronic)     $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required        $ $0.00 | FEB 2 2016 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage  $0.49 | 02/02/2016 |
| $ | |
| Total Postage and Fees $3.94 | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7015 1730 0001 4660 2061